■ In the Matter of MIGUEL ANGEL N., Respondent, v TANYA LYNN A., Respondent, and THE CHILDREN'S LAW CENTER, on Behalf of JE'LYNN N., Appellant. [14 NYS3d 693]—

Order, Family Court, Bronx County (Paul A. Goetz, J.), entered on or about May 19, 2014, which, to the extent appealed from as limited by the briefs, after a hearing, granted respondent mother's petition to modify a consent order of joint legal and physical custody, denied petitioner father's petition for modification of the order, and awarded the mother sole legal and physical custody of the subject child, with parenting time to the father, unanimously modified, on the law, the facts, and in the exercise of discretion, to remand the matter to Family Court to increase petitioner's parenting time, and otherwise affirmed, without costs.

The court made a careful and studied review of all of the relevant factors (see Matter of Alfredo J.T. v Jodi D., 120 AD3d 1138 [1st Dept 2014]). However, while the child's desire that the father be granted custody, or at least more parenting time, is not determinative, it is entitled to great weight (see Melissa C.D. v Rene I.D., 117 AD3d 407, 408 [1st Dept 2014]). Under the circumstances presented by this record, it is appropriate to increase the father's visitation time. Concur—Mazzarelli, J.P., Acosta, Saxe, Manzanet-Daniels and Clark, JJ.